Vincent Castillo, State Bar No. 209298
vcastillo@aghwlaw.com
Alexei N. Offill-Klein, State Bar No. 288448
aklein@aghwlaw.com
ALLEN, GLAESSNER, HAZELWOOD & WERTH, LLP
180 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 697-2000
Facsimile: (415) 813-2045

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JAY GARRETT, | Case No. 2:18-CV-10084-PA(Ex) |
|---|---|
| Plaintiff, | **ORDER RE: STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE ENTIRE ACTION** |
| v. | |
| UNION PACIFIC RAILROAD COMPANY, a corporation, | Hon. Percy Anderson |
| Defendants. | Trial: January 20, 2020 |

Based upon the stipulation of the parties, the Court hereby orders that the Complaint of Plaintiff JAY GARRETT, is dismissed with prejudice.

The matter is disposed of in its entirety and all future dates are hereby vacated and the case is dismissed in its entirety with prejudice.

DATED: November 13, 2019          By: _____
                                   Percy Anderson
                                   UNITED STATES DISTRICT JUDGE